NUMBER 13-06-679-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE CHRIS GARNER 


________________________________________________________________ 


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Chris Garner, filed a petition for writ of mandamus in the above cause
on December 11, 2006. An amicus curie brief was received on January 8, 2007, from
the office of the Attorney General of Texas on behalf of respondent, the Honorable
Kemper Stephen Williams. The Court, having examined and fully considered the
petition for writ of mandamus and the amicus curie brief, is of the opinion that relator
has not shown himself entitled to the relief sought. Accordingly, relator's petition for
writ of mandamus is denied. See Tex. R. App. P. 52.8(a).

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 9th day of January, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).